UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:17-cv-00265-UA-MRM

DOROTHY JERNIGAN, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

1st STOP RECOVERY, INC., a Florida for
profit corporation, and JUDITH MARRA-
PTASHINSKI, individually,

    Defendants.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND JOINT STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE**

Defendants, 1st Stop Recovery, Inc. and Judith Marra-Ptashinski (together, "Defendants"), and Plaintiff, Dorothy Jernigan ("Plaintiff") (collectively the "Parties"), by and through their undersigned counsel, file this Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal of Lawsuit with Prejudice ("Motion") and state the following in support thereof:

1. In her Complaint, Plaintiff alleges that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA").

2. Defendants dispute Plaintiff's claims.

3. In order to avoid the costs and uncertainty of litigation, the Parties negotiated a settlement. As Plaintiff's claims were made under the FLSA, the Parties now seek approval of the settlement and stipulate to dismissal of the entire action with prejudice, pursuant to Fed. R. Civ. P. 41.

4. The Eleventh Circuit's decision in *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982) has been interpreted as holding that a release of back wage claims arising under the FLSA is not enforceable unless: (a) supervised by the Department of Labor, or (b) included in the settlement approved by the Court in an action brought under the FLSA to recover unpaid wages if the parties propose a "compromise" that resolves a "bona fide dispute."

5. The Parties have agreed to settle Plaintiff's claims through the execution of an FLSA settlement agreement. A copy of the fully executed FLSA settlement agreement is attached hereto as Exhibit "A."

6. The Parties represent that, in accordance with the terms of the settlement agreement, Plaintiff is receiving a reasonable and satisfactory recovery as payment for alleged unpaid wages, plus payment of an agreed upon amount for attorneys' fees and costs, which were negotiated separately without regard to the amount of money paid to settle Plaintiff's claims.

7. Counsel for Defendants provided counsel for Plaintiff with copies of Plaintiff's payroll and time records, as well as log-in records and call records from third-party vendors, to arrive at a fair and reasonable resolution of Plaintiff's claims that she was not properly paid for certain hours worked.

8. Plaintiff specifically agrees and stipulates that the terms of the settlement agreement represent a fair and equitable resolution of this matter, as well as Plaintiff's reasonable attorneys' fees and costs, which were negotiated separately. Additionally, the Parties have been adequately represented by experienced counsel.

9. The Parties request that the Court approve the Parties' settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA.

10. The Parties further stipulate, pursuant to F.R.C.P. 41(a)(1)(A)(ii), to the dismissal *with prejudice* of the entire action upon approval of the settlement by the Court as requested above.

WHEREFORE, the Parties respectfully request that the Court enter an Order: (1) approving the terms of the settlement, and (2) dismissing this action with prejudice.

Dated: April 16, 2018

Respectfully submitted,

By: *s/ Paul M. Botros*
Paul M. Botros, Esq.
Fla. Bar No. 63365
E-mail: *pbotros@forthepeople.com*
MORGAN & MORGAN, P.A.
600 N. Pine Island Road
Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3517
*Attorneys for Plaintiff*

By: *s/ Valerie L. Hooker*
Scott S. Allen, Esq.
Fla. Bar No. 143278
E-mail: *scott.allen@jacksonlewis.com*
Valerie L. Hooker, Esq.
Fla. Bar No. 113688
E-mail: *valerie.hooker@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
*Attorneys for Defendants*