UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOROTHY JERNIGAN, on behalf of herself and others similarly situated,

    Plaintiff,

v.                                Case No: 2:17-cv-265-FtM-99MRM

1ST STOP RECOVERY, INC, a Florida for Profit Corporation, and and JUDITH MARRA-PTASHINSKI, individually,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #44), filed April 2, 2018, recommending that the Joint Motion to Approve Settlement Agreement (Doc. #41) be denied, and the parties be directed to elect one of two options to file an amended motion or to proceed with the case. No objections were filed, and on April 16, 2018, the parties filed their amended Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal of Lawsuit With Prejudice (Doc. #45).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In this case, the parties do not object, and have elected one of the proposed options for approval of the settlement.

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #44) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion to Approve Settlement Agreement (Doc. #41) is **denied.**

3. The amended motion will be referred, and remains under advisement.

**DONE and ORDERED** at Fort Myers, Florida, this ___16th___ day of April, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties